844

No. 450. GUTH *v.* TEXAS COMPANY. Certiorari denied. *Albert H. Fry* for petitioner. *Henry I. Green, Enos L. Phillips* and *Harold A. Smith* for respondent.

No. 433. SHYMAN, DOING BUSINESS AS ALASKA DISTRIBUTORS CO., *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. The motion of the Solicitor General to substitute the United States of America as the party respondent is granted. Certiorari denied. *Daniel B. Trefethen* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 439. PANTZER LUMBER CO. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. The motion of the Solicitor General to substitute the United States of America as the party respondent is granted. The motion to strike respondent's brief is denied. Certiorari denied. *Irving R. M. Panzer, Henry G. Fischer* and *John W. Willis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 442. PHILLIPS *v.* BALTIMORE & OHIO RAILROAD CO. Certiorari denied. *Joseph B. Hyman* for petitioner. *Edwin H. Burgess* and *Frederick E. Baukhages* for respondent.

No. 191, Misc. ROSS *v.* ILLINOIS. Certiorari denied.

No. 192, Misc. ROSS *v.* ILLINOIS. Certiorari denied.